DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-mj-0276-GWF |
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO DISMISS COMPLAINT** |
| DRAGAN AGATONOVIC, | |
| Defendants. | |

Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, brings the following motion to dismiss the indictment.

Pursuant to Fed. R. Crim. P. 48(a), the government moves for the dismissal of the Complaint filed in this matter on April 11, 2014.

Dated this 29th day of April 2016.

DANIEL G. BOGDEN,
United States Attorney

/s/ /Robert A. Knief
_____
ROBERT A. KNIEF
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing GOVERNMENT'S MOTION TO DISMISS COMPLAINT was served on counsel of record by email.

/s/ Robert Knief
_____
ROBERT KNIEF


**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:   May 2, 2016**

2